1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   STEFAN E. EVANS,                              1:12-cv-01652-LJO-BAM  (HC)

12           Petitioner,                           ORDER CONSTRUING MOTION TO BE IN
                                                   PART OPPOSITION TO RESPONDENT'S
13        vs.                                      MOTION TO DISMISS (DOC. 19)

14   SOTO,                                         ORDER DENYING MOTION FOR
                                                   APPOINTMENT OF COUNSEL
15           Respondent.

16   _____/           (DOCUMENT #19)

17          On March 28, 2013, Respondent filed a motion to dismiss the petition on the ground

18   that it had been filed outside the one-year statute of limitations.  On April 24, 2013, Petitioner

19   filed a paper that he described as a motion to excuse harmless negligence and a motion to

20   appoint counsel.  Review of the paper shows that although it is in part a motion for the

21   appointment of counsel, it constitutes opposition to Respondent's motion to dismiss.

22   Therefore, Petitioner's motion is CONSTRUED in part as opposition to Respondent's motion

23   to dismiss the petition.

24          Petitioner has requested the appointment of counsel.  There currently exists no

25   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

26   258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

27   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

28   of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

1  Cases.  In the present case, the Court does not find that the interests of justice require the

2  appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

3  Petitioner's request for appointment of counsel is denied.

4       IT IS SO ORDERED.

5  **Dated:**    **April 29, 2013**              /s/ **Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE