# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN E. EVANS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SOTO, Warden,<br><br>　　　　　Respondent. | Case No. 1:12-cv-01652-LJO-SKO  HC<br><br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Debbie Asuncion has succeeded Mr. Soto as Warden of California State Prison, Los Angeles County, Lancaster, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Debbie Asuncion, Warden, as Respondent.

IT IS SO ORDERED.

Dated:   **February 4, 2016**                        **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

1